UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:23-CR-178-JAD-EJY |
|---|---|
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| DENNIS JAMES CAPUTO, | |
| Defendant. | |

This Court finds Dennis James Caputo pled guilty to Counts One and Two of a Four-Count Superseding Criminal Indictment charging him in Count One with theft of firearms from licensee in violation of 18 U.S.C. § 924(m) and in Count Two with possession of stolen firearms in violation of 18 U.S.C. § 922(j). Superseding Criminal Indictment, ECF No. 54; Change of Plea, ECF No. 66; Plea Agreement, ECF No. 67.

This Court finds Dennis James Caputo agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 54; Change of Plea, ECF No. 66; Plea Agreement, ECF No. 67.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Indictment and the offenses to which Dennis James Caputo pled guilty.

The following property is (1) any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(j) and 18 U.S.C. § 924(m) and (2) any firearm or ammunition intended to be used in violation of 18 U.S.C. § 922(j) and is subject to forfeiture

under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c):

1. a Cugir Arms Factory / Century International Arms model WASR-10 7.62x39mm semiautomatic rifle bearing serial number 21A1-91621;
2. a Shadow Systems model DR920 9x19mm semiautomatic pistol bearing serial number S014096;
3. a Glock model G48 9x19mm semiautomatic pistol bearing serial number BZSG948;
4. an Armscor / Cimarron model 1911 .45 ACP semiautomatic pistol bearing serial number C014066;
5. an Armscor / Cimarron model 1911 .45 ACP semiautomatic pistol bearing serial number C014179;
6. a Kimber model 1911 Rapide .45 ACP semiautomatic pistol bearing serial number K884359;
7. a Kimber model 1911 Pro CDP .45 ACP semiautomatic pistol bearing serial number KR311923; and
8. any and all compatible ammunition

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Dennis James Caputo in the

/ / /

aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, within thirty (30) days of the final publication of notice on the official internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

/ / /

3

Daniel D. Hollingsworth
Assistant United States Attorney
Misty L. Dante
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _July 16,_____, 2024.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE