UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS JAMES CAPUTO,<br><br>　　　　Defendant. | Case No. 2:23-cr-00178-JAD-EJY-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, October 28, 2024 at 10:00 a.m., be vacated and continued to December 3, 2024 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

　　　DATED this 7th day of October, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　United States District Court

3