# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-178-JAD-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DENNIS JAMES CAPUTO, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Dennis James Caputo to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Dennis James Caputo pled guilty. Superseding Criminal Indictment, ECF No. 54; Change of Plea, ECF No. 66; Plea Agreement, ECF No. 67; Preliminary Order of Forfeiture, ECF No. 68.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 19, 2024, through August 17, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 71-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 73.

On August 8, 2024, the United States Attorney's Office attempted to serve Alexis Breanna Worrell at Sail Point St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular mail and certified mail were returned as moved left no address and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 3, 9-20.

On August 8, 2024, the United States Attorney's Office attempted to serve Alexis Breanna Worrell at Spanish Meadows Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular mail and certified mail were returned as attempted - not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 3, 9-16, 21-23.

On August 8, 2024, the United States Attorney's Office attempted to serve Alexis Breanna Worrell at Tamarus St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular mail and certified mail were returned as attempted - not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 3, 9-16, 24-26.

On August 8, 2024, the United States Attorney's Office served and attempted to serve Alexis Breanna Worrell at Dillseed Dr. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The certified mail was returned as unclaimed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 3, 9-16, 27-29.

On August 8, 2024, the United States Attorney's Office served Concierge Legal NV, Lauria Ann Lynch-German, o/b/o Alexis Breanna Worrell, at 4th Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 3, 9-16, 30-31.

On August 8, 2024, the United States Attorney's Office served Richard Wolff at 686 State Highway 73 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 3, 9-16, 32-33.

On August 8, 2024, the United States Attorney's Office served and attempted to serve Richard Wolff at Wall Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The certified mail was returned as unclaimed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 4, 9-16, 34-36.

On August 8, 2024, the United States Attorney's Office attempted to serve Richard Wolff at 682 State Highway 73 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular mail and certified mail were returned as not deliverable as addressed, attempted - not known, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 4, 9-16, 37-39.

On August 8, 2024, the United States Attorney's Office attempted to serve Richard Wolff at Golfers St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular mail and certified mail were returned as forward time expired. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 4, 9-16, 40-42.

On August 8, 2024, the United States Attorney's Office served Overton Ace Hardware, c/o Mark Hopkins, Owner, at Moapa Valley Blvd., PO Box 653 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 4, 9-16, 43-44.

On August 8, 2024, the United States Attorney's Office served Overton Ace Hardware, c/o Matt Hopkins, Owner, at Moapa Valley Blvd., PO Box 653 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail

return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 4, 9-16, 45-46.

On August 8, 2024, the United States Attorney's Office served Overton Ace Hardware, c/o Emily Osborne, Manager, at Moapa Valley Blvd., PO Box 653 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 4, 9-16, 47-48.

On August 8, 2024, the United States Attorney's Office served Dan's Overton Market, Inc. DBA Overton Ace Hardware, c/o Daniel Hopkins, President/Director, at PO Box 653 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 4, 9-16, 49-50.

On August 8, 2024, the United States Attorney's Office served Dan's Overton Market, Inc. DBA Overton Ace Hardware, c/o Daniel R. Hopkins, President/Director, at Moapa Valley Blvd. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 4-5, 9-16, 51-52.

On August 8, 2024, the United States Attorney's Office served Dan's Overton Market, Inc., c/o Karen Hopkins, Registered Agent, at Moapa Valley Blvd. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 5, 9-16, 53-54.

On August 8, 2024, the United States Attorney's Office served Dan's Overton Market, Inc., c/o Daniel R. Hopkins, President/Director, at Moapa Valley Blvd. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 5, 9-16, 55-56.

///

On August 8, 2024, the United States Attorney's Office served Gallagher Bassett Services, c/o James Coyle, Property Claims Adjuster, at PO Box 2934 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 5, 9-16, 57-59.

On August 8, 2024, the United States Attorney's Office served Gallagher Bassett Services, Inc., c/o CT Corporation System, Registered Agent, at Carson Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 5, 9-16, 60-61.

On August 8, 2024, the United States Attorney's Office served Gallagher Bassett Services, Inc., Attn: Legal / Claims, at Golf Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 5, 9-16, 62-63.

On August 8, 2024, the United States Attorney's Office served and attempted to serve Gallagher Bassett Services, Inc., c/o Scott R. Hudson, President & Director, at Golf Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Neither mailing was returned. However, the status of the certified mail is unknown as the US Postal Service has the mail in transit since August 15, 2024. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 5, 9-16, 64-67.

On August 8, 2024, the United States Attorney's Office served Gallagher Bassett Services, Inc., c/o James J. Bond, Director, at Golf Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 5, 9-16, 68-69.

On August 8, 2024, the United States Attorney's Office attempted to serve Domineaq Marchell Thomas Wilson at Trickling Descent with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt

1 requested. Both the regular mail and certified mail were returned as no such number, unclaimed, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 5-6, 9-16, 70-72.

On August 8, 2024, the United States Attorney's Office served Domineaq Marchell Thomas Wilson at Amanda Creek Ct. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 6, 9-16, 73-75.

On August 8, 2024, the United States Attorney's Office served and attempted to serve Domineaq Marchell Thomas Wilson at Nellis Blvd. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The certified mail was returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 6, 9-16, 76-78.

On August 8, 2024, the United States Attorney's Office served and attempted to serve Robbie Pollare at Aspen Hill Cir. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was returned as attempted - not known and unable to forward. According to the US Postal Service, the certified mail was delivered. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 6, 9-16, 79-82.

On August 8, 2024, the United States Attorney's Office served Robbie Pollare at Feather Way with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 6, 9-16, 83-84.

On August 8, 2024, the United States Attorney's Office attempted to serve Joshua Warren Russell at King St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular mail and the certified mail were returned as not deliverable as addressed, unclaimed, and

/ / /

6

unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 6, 9-16, 85-87.

On August 8, 2024, the United States Attorney's Office attempted to serve Joshua Warren Russell at Brightwater St. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular mail and certified mail were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 6, 9-16, 88-90.

Additional potential addresses were checked through Lexis Public Records and Westlaw Public Records, but no additional current addresses were found for Joshua Warren Russel. Based on information and belief, there are no other potential addresses to serve for Joshua Warren Russel. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 6-7.

On August 8, 2024, the United States Attorney's Office attempted to serve Bevan (or Beven) Duke at Debussy Way with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular mail and certified mail were returned as vacant, unclaimed, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 9-16, 91-93; Supplement to Notice of Filing Service of Process – Mailing, ECF Nos. 76 and 76-1, p. 3.

On August 8, 2024, the United States Attorney's Office served Bevan (or Beven) Duke at Elvido Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 7, 9-16, 94-95.

On August 8, 2024, the United States Attorney's Office attempted to serve Bevan (or Beven) Duke at Industrial Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular mail and certified mail were returned as attempted - not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 73-1, p. 7, 9-16, 96-98.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(E) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Cugir Arms Factory / Century International Arms model WASR-10 7.62x39mm semiautomatic rifle bearing serial number 21A1-91621;
2. a Shadow Systems model DR920 9x19mm semiautomatic pistol bearing serial number S014096;
3. a Glock model G48 9x19mm semiautomatic pistol bearing serial number BZSG948;
4. an Armscor / Cimarron model 1911 .45 ACP semiautomatic pistol bearing serial number C014066;
5. an Armscor / Cimarron model 1911 .45 ACP semiautomatic pistol bearing serial number C014179;
6. a Kimber model 1911 Rapide .45 ACP semiautomatic pistol bearing serial number K884359;
7. a Kimber model 1911 Pro CDP .45 ACP semiautomatic pistol bearing serial number KR311923; and
8. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Dennis James Caputo, Alexis Breanna Worrell, Richard Wolff, Overton Ace Hardware,

Mark Hopkins, Matt Hopkins, Emily Osborne, Dan's Overton Market, Inc. DBA Overton Ace Hardware, Daniel R. Hopkins, Karen Hopkins, Gallagher Bassett Services, Domineaq Marchell Thomas Wilson, Robbie Pollare, Joshua Warren Russel, Bevan (or Beven) Duke, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED December 3, 2024.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE